IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **RAYMUNDO LANDEROS and DIANA LANDEROS,** | ) ) ) |
| **PLAINTIFFS,** | ) ) |
| V. | )     CASE NO: 1:14-cv-00473 |
| **PINNACLE RECOVERY, INC.,** | ) ) ) |
| **DEFENDANT.** | ) ) |

## NOTICE OF SETTLEMENT

COME NOW the parties, by and through counsel, and jointly submit notice to this Honorable Court that this matter has settled on a class basis pending Court approval. The parties expect to submit settlement terms and conditions, including class administration, for this Court's review and approval within two weeks.

Respectfully Submitted,

/s/ Earl P. Underwood
Earl P. Underwood Jr.
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama  36532
*Attorney for Plaintiffs*

/s/ Neal D. Moore, III
Neal D. Moore, III
FERGUSON, FROST, MOORE & YOUNG, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama  35242
*Attorney for Defendant,*
*Pinnacle Recovery, Inc.*

{W0433498.1 }